**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL K. ZLOMSOWITCH, *as Administrator of the Estate of* WALTER J. ZLOMSOWITCH,<br><br>  Plaintiff,<br><br>       v.<br><br>EAST PENN TOWNSHIP, ALVIN W. BEISHLINE, JR., and HERB TRUHE,<br><br>  Defendants. | CIVIL ACTION NO. 3:11-CV-2131<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this __3rd__ day of May, 2012, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part** as follows:

(1) Counts Two (Malicious Prosecution) and Four (Abuse of Process) of Plaintiff's Complaint (Doc. 1) are **DISMISSED.**

(2) The motion is denied in all other respects.

 /s/ A. Richard Caputo
 A. Richard Caputo
 United States District Judge